IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REICO JAMIE COLON, | ) |
| Plaintiff(s), | ) No. C 15-4639 CRB (PR) |
| vs. | ) ORDER OF DISMISSAL |
| JAMES V. McGRAIL, et al., | ) |
| Defendant(s). | ) |

      Plaintiff, a former inmate at the Alameda County Jail, Santa Rita Facility, filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that on April 10, 2015, Alameda County deputy sheriffs James V. McGrail and Kevin H. Estep used excessive force against him while he was in their custody.

      Per order filed on January 6, 2016, the court dismissed plaintiff's conclusory claim with leave to amend to set forth specific facts showing that the force used by McGrail and/or Estep was objectively unreasonable, if possible. The court warned plaintiff that failure to file an amended complaint within 28 days would result in the dismissal of this action.

      More than 40 days have passed, but plaintiff still has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED.

      The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED: Feb. 19, 2106

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Colon, R.15-4639.dismiss.wpd